901 A.2d 981

**FIRST UNION NATIONAL BANK, Appellee**

v.

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

June 19, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of June, 2006, the Order of the Commonwealth Court is AFFIRMED.